IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RYAN THOMAS BECHARD,

    Plaintiff,                               JUDGMENT IN A CIVIL CASE

v.                                               14-cv-867-wmc

ROSIE RIOS,

    Defendant.

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case with prejudice for failure to state a claim.

| /s/ | 12/24/2014 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |